ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

CENDORIA YVONNE DEAN

        \*     IN THE

        \*     SUPREME COURT

        \*     OF MARYLAND

        \*     AG No. 13

        \*     September Term, 2025

## O R D E R

Upon consideration of the amended joint petition for an indefinite suspension of the respondent from the practice of law, it is this 6th day of November 2025, by the Supreme Court of Maryland,

ORDERED that, effective 60 days after entry of this Order, Cendoria Yvonne Dean is indefinitely suspended from the practice of law in the State of Maryland for violations of Maryland Attorney's Rules of Professional Conduct 1.1, 1.15(a) and (d), 8.4(a) and Maryland Rule 19-410(a) and (c); and it is further

ORDERED that the Clerk of this Court shall send notice of this Order in accordance with Maryland Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk